GRIFFIN v. WOODARD

No. 364P97

Case below: 126 N.C.App. 649

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

GROVER v. NORRIS

No. 389P97

Case below: 126 N.C.App. 829

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

GUIN v. GUIN

No. 352P97

Case below: 126 N.C.App. 829

Petition by defendant (The Atlanta Casualty Companies) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 October 1997.

HANTON v. GILBERT

No. 366P97

Case below: 126 N.C.App. 561

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

HENKE v. FIRST COLONY BUILDERS, INC.

No. 419P97

Case below: 126 N.C.App. 703

Notice of appeal by plaintiff pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 2 October 1997. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 October 1996.